

**DAVID A. KAMINSKY**
**& ASSOCIATES, P.C.**
**ATTORNEYS AT LAW**

325 BROADWAY SUITE 504 NEW YORK, NY 10007
TEL: 212.571.1227   FAX: 212.571.7004

DAVID A. KAMINSKY

RON KAPLAN of counsel
JAMES A. ENGLISH of counsel
MAUREEN NEFF of counsel

September 11, 2017

**VIA ECF**

The Honorable Vernon S. Broderick, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  **Young v. NYX, LLC, No. 1:17-cv-5595 (VSB)**

Honorable Sir:

      This office represents NYX, LLC in the above-referenced action.

      As the Plaintiff has stated that our client was wrongly named as the defendant in the above-referenced action in his September 1, 2017 Letter Motion seeking to file a Corrected Complaint and as NYX, LLC is not named as a defendant in the Plaintiff's Corrected Class Action Complaint dated September 5, 2017, we ask that an Order be issued discontinuing with prejudice this action against NYX, LLC and that NYX, LLC is permitted to withdraw from further involvement in this action.

      We appreciate the Court's consideration of this request.

                                Respectfully submitted,

                                Maureen Neff, Esq.

cc:    Client