UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

LAWRENCE YOUNG, Individually and on Behalf : ECF CASE
of All Other Persons Similarly Situated,

        Plaintiff,      No.: 1:17-cv-5595 (VSB)

v.

L'OREAL USA, INC.,

        Defendant.

------------------------------------ x

### STIPULATION OF DISMISSAL WITH PREJUDICE

With Defendant L'Oreal USA, Inc., Inc. having not served an answer or a motion for summary judgment, Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

It is hereby further stipulated and agreed, by and between the parties, that within twenty-four (24) months, Defendant shall bring its website into substantial compliance with the Web Content Accessibility Guidelines Level AA. *See Markett v. Five Guys Enters., LLC,* No. 17-cv-788 (KBF), 2017 US Dist. Lexis 115212 (S.D.N.Y. July 21, 2017) (indicating that WCAG 2.0 Level AA standard is an appropriate website accessibility standard in denying defendant's motion to dismiss).

The substantial compliance requirement will apply to and be inclusive of all pages within the website, except those pages or applications that link to pages identified but not controlled or operated by Defendant or its parents, subsidiaries or related entities.

Dated: ~~February~~ March 16, 2018
New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
Email: doug@lipskylowe.com
Tel: 212.392.4772
*Attorneys for Plaintiff*

Dated: February 28, 2018
Rye, New York

_____
Andrew P. Marks
DORF & NELSON LLP
555 Theodore Fremed Avenue
Rye, New York 10580
Email: amarks@dorflaw.com
Tel: 914.381.7600
*Attorneys for Defendant.*

SO ORDERED:

Dated: New York, New York
       March ~~February~~ 19, 2018

_____
Vernon S. Broderick
United States District Judge